IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

VERNON CAPSHAW                                                                  PLAINTIFF

        v.                         Civil No. 6:09-cv-06070

CAPTAIN MEL STEED, Garland
County Detention Center; LT.
RADLEY, Garland County Detention
Center; SHERIFF LARRY SANDERS;
FORMER SGT. ROWE; DEPUTY
JOSH CANNON, Garland County
Detention Center                                         DEFENDANTS

## **ORDER**

In the order directing service of the complaint on the Defendants (Doc. 6), the Court directed Defendants, when they responded to the complaint, to provide the Court with the current address and phone number for Former Sgt. Rowe.  Defendants filed their answer on December 7, 2009 (Doc. 7). However, Defendants do not appear to have provided the Court with the requested information on Former Sgt. Rowe.  Defendants are given until **January 8, 2010,** to provide this information.

    IT IS SO ORDERED this 23rd day of December 2009.

                                                               /s/ *J. Marschewski*
                                                            HON. JAMES R. MARSCHEWSKI
                                                            UNITED STATES MAGISTRATE JUDGE